UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MACK MANDRELL LOYDE | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:14-1754 |
| | ] | Judge Trauger |
| CORRECTIONS CORPORATION OF | ] | |
| AMERICA, et al. | ] | |
| Defendants. | ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court has reviewed the record in this case *de novo* and finds that the defendants' timely Objections (Docket Entry No. 131) to the Magistrate Judge's Report and Recommendation (Docket Entry No. 113) lack merit.

Therefore, the defendants' Objections are OVERRULED. The Report and Recommendation is ADOPTED and APPROVED in all respects. Defendants' Motion for Summary Judgment (Docket Entry No. 61) is hereby DENIED.

This action is REFERRED back to the Magistrate Judge for further pre-trial consideration.

It is so ORDERED.

Aleta A. Trauger
United States District Judge